```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 64051
   SHARON R SHELTON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-6816

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 12/19/2005 and was confirmed 04/26/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   12.00%.

     The case was converted to chapter 7 after confirmation 08/10/2007.
-----------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID        PAID
-----------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED             100.00          .00        72.38
AMERICAN GENERAL FINANCE   UNSECURED          1793.47          .00          .00
GENERAL MOTORS ACCEPTANC   SECURED           10769.94      1280.53      2800.25
GENERAL MOTORS ACCEPTANC   UNSECURED        NOT FILED          .00          .00
ROGERS AND HOLLAND         SECURED              50.00          .00        36.19
ROGERS AND HOLLAND         UNSECURED        NOT FILED          .00          .00
DIRECT MERCHANTS BANK      UNSECURED        NOT FILED          .00          .00
DRESS BARN                 UNSECURED        NOT FILED          .00          .00
ELAN FINANCIAL SERVICES    UNSECURED        NOT FILED          .00          .00
FASHION BUG                UNSECURED        NOT FILED          .00          .00
MCI RESIDENTIAL SERVICES   UNSECURED        NOT FILED          .00          .00
SEARS PAYMENT CENTER       UNSECURED        NOT FILED          .00          .00
JAMES PHILBRICK            COST OF COLLE      400.00          .00        400.00
GLENDA J GRAY              REIMBURSEMENT      139.00          .00        139.00
GLENDA J GRAY              DEBTOR ATTY      2,200.00                       .00
TOM VAUGHN                 TRUSTEE                                       280.78
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE             5,009.13

PRIORITY                                       139.00
SECURED                                      3,308.82
    INTEREST                                 1,280.53
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           280.78
DEBTOR REFUND                                     .00
                    ---------------        ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 64051 SHARON R SHELTON
```

TOTALS                                   5,009.13              5,009.13

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/28/07
                                   /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE